UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                  CHAPTER 13
BYRON N. COTTON
MARLENE K. COTTON                         CASE NO. 14-82956

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**     Nationstar Mortgage LLC               **Court claim #:** 6

**Last four digits** of any number used to identify the debtor's account: 2213

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $62.84 |
| Amount Paid by Trustee | $62.84 |

| *Monthly ongoing Mortgage Payment* | |
|---|---|
| Mortgage is paid: | |
| ☐ Thru the Chapter 13 Plan | ☒ Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   11/1/17                              /s/Lydia S. Meyer
                                                             Lydia S. Meyer, Trustee
                                                             308 W. State St., Suite 212
                                                             Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 1st Day of November, 2017.

Dated:   11/1/17                              /s/Cynthia K. Burnard

NATIONSTAR MORTGAGE LLC
BANKRUPTCY DEPARTMENT
PO BOX 619094
DALLAS, TX 75261-9741

NATIONSTAR MORTGAGE LLC
BANKRUPTCY DEPARTMENT
350 HIGHLAND DRIVE
LEWISVILLE, TX 75067

KEITH LEVY
MANLEY DEAS KOCHALSKI LLC
PO BOX 165028
COLUMBUS, OH 43216-5028

NATIONSTAR MORTGAGE
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 630267
IRVING, TX 75063

NATIONSTAR MORTGAGE LLC
BANKRUPTCY DEPARTMENT
PO BOX 619096
DALLAS, TX 75261-9741

BYRON N. COTTON
MARLENE K. COTTON
639 W. COTTONWOOD ST.
FREEPORT, IL 61032

GERACI LAW LLC
55 E. MONROE STREET, #3400
CHICAGO, IL 60603